## GEORGE S. BROWN agt. JOHN SEYS.

It is not necessary to show, in an affidavit for motion to change venue, or for a commission, that the advice of counsel, as to the materiality of the witnesses, was given after the defendant had stated his case, and disclosed what he expected to prove, &c.   (*The case of Lansing agt. Mickles,* 1 *Howard,* 248, *overruled.*)

*September Term,* 1846.

MOTION by defendant to change the venue, and for commissions.

Plaintiff's counsel objected to the sufficiency of defendant's affidavit, for the reason that it did not show that the advice of counsel, as to the materiality of the witnesses, was given *after* the defendant had stated his case and disclosed what he expected to prove, &c.   (He cited 1 *Howard,* 248.)

That part of defendant's affidavit which embraced the objection read as follows: " And this deponent further says, that John Dikeman, of the city of Brooklyn, in the said county of Kings, is this deponent's counsel in this cause; that this deponent has fully and fairly stated his case in this cause to his said counsel, and that he, the deponent, has a good and substantial defence on the merits in this cause, as he is advised by his said counsel and verily believes.   And deponent further says (naming the witnesses) are each and every of them material witnesses for this deponent to his defence in this cause, as he is advised by his said counsel and verily believes; that this deponent hath disclosed to his said counsel the facts which he expects to be able to prove by each and every of his

said witnesses, and that, without the benefit of the testimony of each and every of the said witnesses, he, the deponent, cannot safely proceed to the trial of this cause, as he is also advised by his said counsel and verily believes to be true."

[*277]    *G. R. J. BOWDOIN, *defendant's counsel.*

J. DIKEMAN, *defendant's attorney.*

H. B. NORTHUP, *plaintiff's counsel and attorney.*

BRONSON, Chief Justice.   Held, that the affidavit was sufficient in substance, and fairly imported that the advice was given at the proper time.